GAIL MIGDAL TITLE
ADR SERVICES, INC.
1900 Ave. of the Stars, Suite 250
Los Angeles, CA 90067
310.201.0010  gtitle@adrservices.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX TELEVISION, etc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>EMPIRE DISTRIBUTION, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-2158<br><br>MEDIATION REPORT |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. [✓] A mediation was held on (date): 11.20.15 .

   [ ] A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - [ ] Appeared as required by Civil L.R. 16-15.5(b).
   - [ ] Did not appear as required by Civil L.R. 16-15.5(b).
     - [ ] Plaintiff or plaintiff's representative failed to appear.
     - [ ] Defendant or defendant's representative failed to appear.
     - [ ] Other:

3. Did the case settle?
   - [ ] Yes, fully, on _____ (date).
   - [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - [ ] Yes, partially, and further facilitated discussions are **not** expected.
   - [ ] No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - [✓] No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: 11,24,15 _____

_____
Signature of Mediator

GAIL MIGDAL TITLE
_____
Name of Mediator (print)

The Mediator is to electronically file original document.

---

ADR-03 (01/14)    MEDIATION REPORT    Page 1 of 1