PAUL L. GALE (SBN 065873)
paul.gale@troutmansanders.com
PETER N. VILLAR (SBN 204038)
peter.villar@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California  92614-2545
Telephone:  (949) 622-2700
Facsimile:   (949) 769-2052

JOHN M. BOWLER (*pro hac vice*)
john.bowler@troutmansanders.com
MICHAEL D. HOBBS (*pro hac vice*)
michael.hobbs@troutmansanders.com
LINDSAY MITCHELL HENNER (*pro hac vice*)
lindsay.henner@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia  30308-2216

*Attorneys for Defendant-Counterclaimant*
*Empire Distribution Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TWENTIETH CENTURY FOX TELEVISION, a division of TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware company, and FOX BROADCASTING COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE DISTRIBUTION, INC., a California corporation,<br><br>Defendant.<br><br>*AND RELATED COUNTERCLAIM.* | Case No.  2:15-cv-02158-PA-FFM<br><br>Hon. Percy Anderson<br><br>**DISCOVERY MATTER**<br>[BEFORE HON. FREDERICK F. MUMM]<br><br>**DEFENDANT EMPIRE DISTRIBUTION, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:       January 5, 2016<br>Time:      10:00 a.m.<br>Place:      Courtroom 580<br><br>Discovery Cutoff:        1/25/16<br>Pretrial Conference:      3/4/16<br>Trial:                          4/5/16 |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

27670643

DEFENDANT EMPIRE DISTRIBUTION, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL
PRODUCTION OF DOCUMENTS

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2     **NOTICE IS HEREBY GIVEN** that on January 5, 2016 at 10:00 a.m., or as

3  soon thereafter as counsel may be heard by the above-entitled Court, located at 255

4  East Temple Street, Los Angeles, CA 90012, in Courtroom 580, Defendant and

5  Counterclaimant Empire Distribution, Inc. ("Empire") will and hereby does move

6  to compel the production of documents by Plaintiffs and Counter-Defendants

7  Twentieth Century Fox Television, a division of Twentieth Century Fox Film

8  Corporation, and Fox Broadcasting Company (collectively "Fox").

9     Empire's motion is made on the grounds that Fox has failed and refused to

10  produce highly relevant documents relating to the parties' claims, defenses and

11  subject matter of this litigation.

12     This motion is made following the conference of counsel pursuant to Local

13  Rule 37-1, which took place on October 5, 2015 and on several dates thereafter.

14     Empire's motion is based upon the parties' Joint Stipulation pursuant to

15  Local Rule 37-2 and the exhibits attached thereto, all pleadings and papers on file in

16  this action and upon such other matters and arguments as may be presented to the

17  Court prior to and at the time of the hearing.

18  Dated:  December 3, 2015                    Respectfully submitted,

19                                              TROUTMAN SANDERS LLP

20                                              By: /s/ Peter N. Villar

21                                                  Paul L. Gale
                                                    Peter N. Villar
22                                                  John M. Bowler
                                                    Michael D. Hobbs
23                                                  Lindsay Mitchell Henner

24                                              *Attorneys for Defendant-*
                                                *Counterclaimant Empire*
25                                              *Distribution Inc.*

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

27670643

- 1 -

DEFENDANT EMPIRE DISTRIBUTION, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL
PRODUCTION OF DOCUMENTS