DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
CAMERON H. BISCAY (S.B. #266786)
cbiscay@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, and Fox Broadcasting Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TWENTIETH CENTURY FOX TELEVISION, a division of TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE DISTRIBUTION, INC., a California corporation,<br><br>Defendant.<br><br>And related counterclaims | Case No. 2:15-cv-02158 PA(FFMx)<br><br>**DECLARATION OF ANDREW ROSS IN SUPPORT OF FOX'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge**: Hon. Percy Anderson<br><br>**Hearing Date:** February 1, 2016<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 15 |

I, Andrew Ross, the undersigned, hereby declare:

1. I am Senior Vice President, Business and Legal Affairs, at Columbia Records, a division of Sony Music Entertainment. I submit this declaration in support of Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, and Fox Broadcasting Company's (collectively, "Fox") Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. With permission from Fox, Columbia Records acts as the record label for the *Empire* soundtrack music and distributes *Empire*'s original songs. In my role at Columbia Records, I work with Fox on the licensing, release, and marketing of the *Empire* soundtrack music.

3. The week each episode of *Empire* is broadcast, Columbia Records releases and distributes digital extended plays of the music from that episode ("Episode EPs"). For the first season, approximately ninety percent of the digital streaming and sales of the Episode EPs occurred in the four days following the episode's broadcast.

4. At the conclusion of *Empire*'s first season, Columbia Records also released and distributed an album containing select original songs appearing across *Empire*'s first season ("Season One Soundtrack"). The Season One Soundtrack debuted at number one on the Billboard 200 chart in the United States for the week of March 28, 2015. The Billboard 200 chart for the week of March 28, 2015 is attached hereto as **Exhibit 1**. The Season One Soundtrack is released and distributed with the album cover shown in **Exhibit 2**, which is a print out of Amazon.com's website for the Season One Soundtrack.

5. Columbia Records recently released and distributed a second album containing select original songs appearing across the first half of *Empire*'s second season (the "Season Two Soundtrack Volume 1"). The Season Two Soundtrack

1  Volume 1 is released and distributed with the album cover shown in **Exhibit 3**,
2  which is a print out of Amazon.com's website for the Season Two Soundtrack
3  Volume 1.

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Executed on December 14, 2015, at Chatham, Massachusetts.

*Andrew Ross*
Andrew Ross

# EXHIBIT 1

Case 2:15-cv-02158-PA-FFM   Document 41-10   Filed 12/15/15   Page 5 of 15   Page ID #:1277



# BILLBOARD 200

How it works

THE WEEK OF
‹ MARCH 28, 2015 ›

ARCHIVE SEARCH   MM/DD/YYYY   GO

**1** New

Empire: Original Soundtrack From Season 1
Soundtrack

**2** New

Rebel Heart
Madonna

**3**

Pages 2-25 have been intentionally omitted per Scheduling Order, Dkt. 23 ¶ 5(a) at 4:12-17

EXHIBIT 1
4

# EXHIBIT 2

| | | | | | | |
|---|---|---|---|---|---|---|
| | CDs & Vinyl ▼ | | | | 8 Days Left to Order for Christmas with Prime FREE Two-Day Shipping | |
| Shop by Department ▼ | Michael's Amazon.com | Today's Deals | Gift Cards | Sell | Hello, Michael Your Account ▼ | Your Prime ▼ | Your Lists ▼ | 0 Cart |

**CDs & Vinyl** | Prime Music | Digital Music | New Releases | Pre-orders | Vinyl Records | Best Sellers | Today's Deals | AutoRip | Advanced Search



CDs & Vinyl › R&B › Soul



Click to open expanded view

### Original Soundtrack from Season 1 of Empire

Empire Cast    Format: Audio CD

574 customer reviews

See all 5 formats and editions

| Streaming | MP3 $9.99 | Audio CD $8.64 |

17 Used from $3.75
69 New from $6.36
1 Collectible from $18.00

**Arrives before Christmas.**

Includes **FREE** MP3 version of this album.
Provided by Amazon Digital Services, Inc.
Terms and Conditions. Does not apply to gift orders.

Complete your purchase to save the MP3 version to your music library.

**Deluxe CD Version with Bonus Tracks Unavailable**

There will not be a Deluxe CD version for this album. If you would like to own the bonus tracks, you must purchase the MP3 Deluxe version.



Share

**Buy New**   $8.64
Qty: 1

| FREE One-Day
Delivered tomorrow for FREE with qualifying orders over $35. Details

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

Add to Cart

Turn on 1-Click ordering for this browser

Want it tomorrow, Dec. 14? Order within **11 hrs 48 mins** and choose **Same-Day Delivery** at checkout.
Details

**Ship to:**
Molly Lens- LOS ANGELES

Add to List

**Other Sellers on Amazon**
$9.99   Add to Cart
Sold by: steelerfreak

87 used & new from $3.75

Have one to sell?   Sell on Amazon

**Arrives before Christmas.**

### Frequently Bought Together

 +  + 

Total price: $30.61
Add all three to Cart
Add all three to List

☑ **This item:** Original Soundtrack from Season 1 of Empire  by Empire Cast   Audio CD   $8.64
☑ Original Soundtrack Season 2 Volume 1 by Empire Cast   Audio CD   $11.98
☑ 25 by Adele   Audio CD   $9.99

### Customers Who Bought This Item Also Bought

    

| Original Soundtrack Season 2 Volume 1 | 25 › Adele | Empire Season 1 Terrence Howard | Unbreakable › Janet Jackson | Woman Jill Scott |
|---|---|---|---|---|
| Empire Cast | 2,298 | 1,539 | 324 | 374 |
| 22 | #1 Best Seller in Music | DVD | Audio CD | Audio CD |
| Audio CD | Audio CD | $18.03 | $9.99 | $13.29 |
| $11.98 | $9.99 | | | |



Calling All Lovers (Deluxe Edition)
› Tamar Braxton
191
Audio CD
$13.96

## Special Offers and Product Promotions

- Includes FREE MP3 version of this album Here's how (restrictions apply)
- **Save Big On Open-Box & Preowned:** Buy "Original Soundtrack from Season 1 of Empire" from Amazon Warehouse Deals and save 17% off the $9.98 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Open-Box & Preowned offers from Amazon Warehouse Deals.
- Thank you for being a Prime member. **Earn 5% Back Every Day** with the Amazon Prime Store Card. Apply now.

## Editorial Reviews

Original soundtrack to the hit Fox TV series. Empire is the sexy and powerful drama about the head of a music empire whose three sons and ex-wife all battle for his throne. The show stars Terrence Howard, Taraji P. Henson, newcomers Bryshere Grey, and Jussie Smollett. Timbaland serves as music supervisor and each episode features new original music. Guest artists with cameos on the show and contributing music include Estelle, Courtney Love, Anthony Hamilton, Jennifer Hudson, Mary J. Blige, Snoop Dogg and others.

Sample this album

| | | | |
|---|---|---|---|
| 1 | Good Enough (feat. Jussie Smollett) | 3:50 | + Add to Library |
| 2 | What Is Love (feat. V. Bozeman) | 2:53 | + Add to Library |
| 3 | No Apologies (feat. Jussie Smollett, Yazz) | 2:52 | + Add to Library |
| 4 | Keep It Movin' (feat. Serayah McNeill and Yazz) | 3:24 | + Add to Library |
| 5 | Walk Out On Me (feat. Courtney Love) | 3:25 | + Add to Library |
| 6 | Conqueror (feat. Estelle and Jussie Smollett) | 4:28 | + Add to Library |
| 7 | Remember The Music (feat. Jennifer Hudson) | 3:23 | + Add to Library |
| 8 | Shake Down (feat. Mary J. Blige and Terrence Howard) | 3:26 | + Add to Library |
| 9 | Power Of The Empire (feat. Yazz) | 3:17 | + Add to Library |
| 10 | Nothing To Lose (feat. Jussie Smollett) | 2:48 | + Add to Library |
| 11 | Whatever Makes You Happy (feat. Jennifer Hudson and Juicy J) | 3:15 | + Add to Library |

Sold by SONY Music Entertainment Downloads LLC.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

EXHIBIT 2
6

## Product Details

**Audio CD** (March 10, 2015)
**Number of Discs:** 1
**Label:** Columbia
**ASIN:** B00TKNQQHO
**Average Customer Review:** (574 customer reviews)
**Amazon Best Sellers Rank:** #177 in Music (See Top 100 in Music)

#3 in Music > Soundtracks > **Television Soundtracks**

#7 in Music > R&B > **Soul**

#173 in Music > **Pop**

Would you like to **update product info** or **give feedback on images**?

## Related Video Shorts


Empire Cast - No Apologies


Empire Cast - You're So Beautiful


Empire Cast - Hourglass (feat. V. Bozeman)...


Empire Cast - Money For Nothing (feat....


Empire Cast - Snitch Bitch (feat. Terrence...

## Amazon's Empire Cast Store



› **Visit Amazon's Empire Cast Store**
for all the music, discussions, and more.

## Customer Reviews

**574**
4.2 out of 5 stars

| | |
|---|---|
| 5 star | 61% |
| 4 star | 12% |
| 3 star | 15% |
| 2 star | 7% |
| 1 star | 5% |

Share your thoughts with other customers

[Write a customer review]

See all 574 customer reviews

### Most Helpful Customer Reviews

188 of 194 people found the following review helpful

**FYI: The CD version only has 11 songs**

By Grapes McFadden on March 10, 2015

Format: Audio CD   **Verified Purchase**

The music is great, of course, but as a heads up, the CD is missing a buuuunch of the songs you would get if you bought the mp3 version. If I had known I wasn't going to get Money for Nothing, Drip Drop, or You're So Beautiful, I would've just bought the mp3s instead.

CD Tracklist:
1. Good Enough
2. What is Love
3. No Apologies
4. Keep It Movin'
5. Walk Out On Me
6. Conqueror
7. Remember the Music
8. Shake Down
9. power of the Empire
10. Nothing to Lose
11. Whatever Makes You Happy

10 Comments   Was this review helpful to you?   [Yes]   [No]   Report abuse

48 of 54 people found the following review helpful

**Do it for the music...**

Pages 4-7 have been intentionally omitted per Scheduling Order, Dkt. 23 ¶ 5(a) at 4:12-17

EXHIBIT 2
8

# EXHIBIT 3



- Thank you for being a Prime member. **Earn 5% Back Every Day** with the Amazon Prime Store Card. **Apply now.**

**Editorial Reviews**

From the mega hit FOX show EMPIRE comes 'Empire: Original Soundtrack,Season 1's chart-topping soundtrack. This collection features songs from the first half of Season 2 and showcases cast members Jussie Smollett (Jamal Lyon) and Yazz (Hakeem Lyon), alongside Terrence Howard (Lucious Lyon) and guest stars Timbaland, Pitbull, Alicia Keys, Bre Z, V. Bozeman and Serayah. The soundtrack was produced by Timbaland, NE-YO, J.R. Rotem and Swizz Beatz.

The soundtrack includes multiple stand-out songs such as the upbeat party track "No Doubt About It," the emotional ballad "Born To Love U," the club anthem "Bout 2 Blow," and the duet by Jussie and Alicia Keys "Powerful."

'Original Soundtrack from Season 1 of Empire' was released in March 2015 and debuted at No. 1 on the Billboard Top 200 chart, making history as the first soundtrack to debut atop the Billboard R&B/Hip Hop chart. To date, the soundtrack has sold over 2 million singles and is approaching half a million albums. The Lyon brothers brought the music to life performing hits from the soundtrack on the 2015 Billboard Music Awards, The Ellen DeGeneres Show, Good Morning America, American Idol, Teen Choice Awards, BET Awards and The View. The 'Original Soundtrack from Season 1 of Empire' received its first nomination for "Top Soundtrack" at the 2015 American Music Awards.

Sample this album

| | | | | |
|---|---|---|---|---|
| 1 | **Born To Love U (feat. Jussie Smollett)** | 3:35 | + Add to Library | |
| 2 | **Snitch Bitch (feat. Terrence Howard and Petey Pablo)** | 3:48 | + Add to Library | |
| 3 | **Hourglass (feat. V. Bozeman)** | 3:45 | + Add to Library | |
| 4 | **Get No Better (2.0) (feat. Serayah)** | 2:48 | + Add to Library | |
| 5 | **Bout 2 Blow (feat. Yazz and Timbaland)** | 3:01 | + Add to Library | |
| 6 | **No Doubt About It (feat. Jussie Smollett and Pitbull)** | 4:45 | + Add to Library | |
| 7 | **Ain't About The Money (feat. Jussie Smollett and Yazz)** | 3:12 | + Add to Library | |
| 8 | **Never Love Again (feat. Jussie Smollett)** | 4:03 | + Add to Library | |
| 9 | **Runnin' (feat. Yazz, Jamila Velazquez, Raquel Castro, and Yani Marin)** | 2:56 | + Add to Library | |
| 10 | **Boom Boom Boom Boom (feat. Terrence Howard and Bre-Z)** | 3:37 | + Add to Library | |
| 11 | **Heavy (feat. Jussie Smollett)** | 2:57 | + Add to Library | |

Sold by SONY Music Entertainment Downloads LLC.. Additional taxes may apply. By placing your order, you agree to our **Terms of Use**.

**Product Details**

**Audio CD** (November 20, 2015)

**Number of Discs:** 1

**Label:** Columbia

**ASIN:** B016Z7SUEE

**Average Customer Review:**        (22 customer reviews)

**Amazon Best Sellers Rank:** #114 in Music (See Top 100 in Music)
 #2 in Music > Soundtracks > **Television Soundtracks**
 #112 in Music > Pop

Would you like to **update product info** or **give feedback on images**?

**Related Video Shorts**   Page 1 of 2


Empire Cast - No Apologies


Empire Cast - You're So Beautiful


Empire Cast - Hourglass (feat. V. Bozeman)...


Empire Cast - Money For Nothing (feat....


Empire Cast - Snitch Bitch (feat. Terrence...

EXHIBIT 3
10

Pages 3-6 have been intentionally omitted per Scheduling Order, Dkt. 23 ¶ 5(a) at 4:12-17

EXHIBIT 3
11