JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX TELEVISION, a division of TWENTIETH CENTURY FOX FILM CORPORATION; FOX BROADCASTING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE DISTRIBUTION, INC.,<br><br>Defendant. | No.   CV 15-2158 PA (FFMx)<br><br>JUDGMENT |

In accordance with the Court's February 1, 2016, Minute Order granting plaintiff Twentieth Century Fox Television, a division of Twentieth Century Fox Film Corporation, and Fox Broadcasting Company's (collectively "Plaintiffs") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.   Plaintiffs shall have judgment in their favor on their claims for declaratory relief for federal trademark infringement, federal trademark dilution, and state unfair competition.

. . . .

2. Plaintiffs shall have judgment in their favor on defendant Empire Distribution Inc.'s counterclaims for federal trademark infringement, federal trademark dilution, federal unfair competition, California statutory unfair competition and false advertising, California common law trademark infringement, and California trademark dilution, and defendants shall recover nothing; and

3. Plaintiff shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: February 1, 2016

                                                Percy Anderson
                              UNITED STATES DISTRICT JUDGE